UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RANDY GILLARD,

Plaintiff,

-vs-                                        Case No.  6:05-cv-349-Orl-18DAB

AMERICAN MAINTENANCE
SWEEPING, INC., MICHAEL DIGLIO,

Defendants.

_____

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| MOTION: | PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (Doc. No. 16) |
|---|---|
| FILED: | July 14, 2005 |

THEREON it is RECOMMENDED that the motion be GRANTED in part.

*So ordered 8/Aug 05*
*G. KENDALL SHARP*
*U. S. DISTRICT JUDGE*

Plaintiff sued Defendants for unpaid overtime wages, as well as attorney's fees and costs, pursuant to the Fair Labor Standards Act (29 U.S.C.A. § 201, *et seq.,* herein "the FLSA") and comparable state law. Doc. No. 1. Following service of process (Doc. Nos. 7-8), Defendants failed to appear and Plaintiff moved for entry of a clerk's default (Doc. No. 9). A default was entered on May 4, 2005. (Doc. No. 10). Plaintiff now moves for a default judgment for wages owed, fees and